FILED

SEP 2 6 2000

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Crim. No. 98-329 (TPJ) |
| ) | |
| ) | |
| SAM CARSON               ) | |

### DEFENDANT'S SUPPLEMENTAL MOTION TO COMPEL DISCLOSURE OF EXCULPATORY EVIDENCE

The Defendant, Sam Carson, by and through undersigned counsel, respectfully supplements his previous Motion to Compel pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963)[1] filed July 16, 2000, with the following:

I. <u>Murder of Kevin Hart</u> [2]

**A.** Although Mr. Carson is not charged in the superseding indictment with the murder of Kevin Hart, the government has advised that it intends to establish at trial that Mr. Carson had complicity in Mr. Hart's death. Co-defendants Maurice Proctor and Jerome Martin <u>are</u> expressly charged in the indictment with complicity in Mr. Hart's death.

The government has provided counsel a document entitled *Report of Investigation* (Report) which advises that an informant contacted a law enforcement agent in August, 1992, and stated that

---

[1] Defendant's previous Motion was styled *Motion For Dismissal Of Counts, To Compel Disclosure Of Exculpatory Evidence, And For Additional Sanctions Due To Violations Of Brady v. Maryland*.

[2] Overt Act 20, Racketeering Act 55, Count 20

" ... Anthony Chandler, Eric Jones and Antoine Gaithers were involved .... " in Mr. Hart's death,[3] Mr. Chandler being identified by the informant as the shooter. The Report states that the informant "swears" by his information.

The *Brady* implications being obvious, undersigned counsel requested, in a letter dated June 22, 2000, that the government provide the identity of the above-noted informant. In a letter dated July 6, 2000, the government represented that it would provide the information requested, but as of September 18, 2000, with less than two months remaining until trial, it has not.

**B.** In the first-returned Indictment, co-defendant Maurice Proctor alone, with no reference to an unindicted co-conspirator(s), was charged in the death of Kevin Hart.[4] In the Superseding Indictment, co-defendant Jerome Martin was joined with Mr. Proctor as being responsible for Mr. Hart's death. In the government's *Motion To Admit Out Of Court Statements Made By Murdered Witnesses* (Government's Motion), the government for the first time alleged that eyewitnesses identified Mr. Proctor, Mr. Martin and Mr. Carson as having participated in the murder of Mr. Hart.[5]

In view of the above, in a letter dated August 16, 2000, counsel requested the identity of any eyewitness(es) whose recounting of Mr. Hart's murder did not include the participation of Sam Carson (e.g. by stating that Mr. Proctor alone committed the murder, by stating that Mr. Proctor and Mr. Martin committed the murder, by claiming that the number of individuals participating in the murder was less than three, etc.). In a letter dated August 22, 2000, the government declined to provide, in advance of trial, the identities of any such witness(es) to the Kevin Hart murder.

---

[3] Copy of Report Of Investigation, attached.

[4] Overt Act 15, Racketeering Act 54, Count 18.

[5] Motion, at p. 4.

II. Murders of Teresa Thomas and Terita Lucas [6]

In Mr. Carson's previous, and still pending, filing seeking relief identical to that sought herein, counsel for Mr. Carson set forth that in late April, 2000, the government had revealed the existence of certain information which, if true, would have completely exonerated Mr. Carson as to the murders of Teresa Thomas and Terita Lucas. Counsel set forth in that same pleading that the government had agreed to make available to counsel the witnesses who were possessed of the exculpating information. The government's position, however, was that until such time as these witnesses were actually made available, their identities would not be revealed.

In spite of repeated prompting by counsel, it was only as of September 14, 2000, that the first of these witnesses was made available to counsel. In turn, three additional witnesses were made available. All four of these meetings were held at the United States Attorney's Office, all four were conducted in the presence of an FBI agent, and each was conducted only after the government had first 'debriefed' the witness.

One last witness remains to be interviewed, a witness whom the government has not yet been able to locate. In spite of a commitment to counsel to identify this individual by September 20, 2000, if efforts by the government to locate her/him continued to prove unfruitful, counsel was advised on September 22, 2000, that the identity of this individual will not be revealed to counsel at this time.

WHEREFORE, as to the above exculpatory evidence known to and being withheld by the government, and based on the authority and argument set forth in the defendant's previously filed, and still pending, Motion to Compel (pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963)), the defendant respectfully moves this Court to require the immediate revelation of such evidence to the

---

[6] Overt Act 7, Racketeering Act 52, Counts 7, 8.

defense.

                                        Respectfully submitted,

                                        JOSEPH BESHOURI  
                                        Counsel for Sam Carson  
                                          419 - 7th Street, N.W.  
                                        Washington, D.C. 20004  
                                        (202) 842-0420



METROPOLITAN POLICE DEPARTMENT
WASHINGTON, D.C.

FILED

CR 98-329 SEP 2 6 2000

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# REPORT OF INVESTIGATION

P.D. 123 Rev. 1/74

| COMPLAINANT/ VICTIM | DATE OF OCCURRENCE |
|---|---|
| Kevin L. Hart | August 6, 1992 |
| TYPE OF CASE | CCN | FILE NO. |
| Homicide Shooting | 430-115 | H.O.#92:1091 |

NARRATIVE: GIVE A SYNOPSIS OF CASE INVESTIGATION SUBSEQUENT TO THE LAST REPORT, WITH PERSONS INTERVIEWED, NEW LEADS, AND OTHER INFORMATION ON CASE PROGRESS.

S/A DONNIE ACKERMANN, FBI WFO C-16, 252-7934, says that he has a source who contacted him concerning this case at the end of last week. The source said that ANTHONY CNADLER, ERIC JONES and ANTOINE GAITHERS were involved.

CHANDLER is identified as the shooter. The source said that the victim was shot about seven times.

ACKERMANN does not know the source's basis of knowledge, but the source "swears" by this information. ACKERMANN will attempt to gain more information from the source in a follow-up interview. He does say that CHANDLER, JONES and GAITHERS are associated in some fashion with the WAYNE PERRY organization.

No identifiable record was found for JONES (AKA: IRKY-BURK (phonetic)) or GAITHERS (AKA: GUS) through WALES, but ACKERMANN speaks of them as if they have records. CHANDLER's record is under PDID: 370-676, DOB: 10/28/68. There are a number of DCDC entries, but nothig indicating any convictions.

Investigation continues...

CASE STATUS: ☑ OPEN  ☐ CLOSED  ☐ OTHER (Explain)   PAGE 1 OF 1 PAGES

INVESTIGATOR'S SIGNATURE: CORBOY   DATE: August 11, 1992

SUPERVISOR'S SIGNATURE:    DATE:

This report is the property of the Metropolitan Police Department, Washington, D.C.
Neither it nor its contents may be disseminated to unauthorized personnel or agencies.

00902481

Attachment 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>SAM CARSON ) | Crim. No. 98-329 (TPJ) |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was mailed, postage prepaid, on this 25th day of September, 2000, to:

Anjali Chaturvedi, Esquire
Peter Zeidenberg, Esquire
Assistant U.S. Attorneys
555 - 4th Street, N.W.
Washington, D.C. 20001

Steve Kiersh, Esquire
717 D Street, N.W.
Suite 400
Washington, D.C. 20004

Frederick Jones, Esquire
901 - 6th Street, S.W.
Suite 409
Washington, D.C. 20024

John Zucker, Esquire
601 Indiana venue, N.W.
Suite 910
Washington, .C. 20004

Christopher Davis, Esquire
601 Indiana venue, N.W.
Suite 910
Washington, .C. 20004

Joanne Hepworth, Esquire
305 H Street, N.W.
2nd Floor
Washington, D.C. 20001

---
JOSEPH BESHOURI