**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Crim. No. 98-CR-00329-4 (TFH)** |
| **WILLIAM KYLE SWEENEY,** | |
| Defendant. | |

## ORDER

Pending before the Court is an Emergency Motion For Access To Court Records And Points And Authorities In Support Thereof [Docket No. 1013], which was filed by William Sweeney on February 5, 2008.  After careful consideration of the motion and the entire record in this case it hereby is

**ORDERED** that the sealed motion to disqualify defense counsel Leonard Long and the brief Leonard Long filed in response thereto, both of which appear to have been filed in this case in November 2000, **SHALL BE UNSEALED FOR THE LIMITED PURPOSE OF PROVIDING COPIES OF THE SAME TO CURRENT DEFENSE COUNSEL JENNIFER WICKS.**  With the exception of this limited unsealing, these documents shall remain under seal pending further order of the Court.

**SO ORDERED.**

February ___11th___, 2008

Thomas F. Hogan
Chief Judge