Copies to: Judge
AUSA – Special Proceedings
Dft.

AO 243
REV 6/82

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District
District of Columbia | | |
|---|---|---|---|
| Name of Movant
SAMUEL CARSON | | Prisoner No.
01182-748 | Docket No.
98-329  TPJ |
| Place of Confinement
USP LEWISBURG | | | |

(include name upon which convicted)

UNITED STATES OF AMERICA    V.    SAMUEL CARSON
(full name of movant)

**FILED**
**FEB 2 8 2008**
Clerk, U.S. District and Bankruptcy Courts
District of Columbia

MOTION

1. Name and location of court which entered the judgment of conviction under attack _____
   Circuit, Washington D.C.

2. Date of judgment of conviction ____ January 30, 2002 ____

3. Length of sentence ____ Life and 220 Years ____

4. Nature of offense involved (all counts) ____ Drug conspiracy in violation of 21 U.S.C. §846
   Rico Conspiracy in violation 18 U.S.C. §1962(d); and VICAR in violation
   18 U.S.C. § 1959

5. What was your plea? (Check one)
   (a) Not guilty    ☒
   (b) Guilty        ☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   N/A

6. Kind of trial: (Check one)
   (a) Jury    ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

(2)

AO 243
REV 6/82

9. If you did appeal, answer the following.

    (a) Name of court __D.C. Court of Apppeals__

    (b) Result __Affirmed__

    (c) Date of result __July 21, 2006__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐  No ☒

11. If your answer to 10 was "yes," give the following information:

    (a)(1) Name of court __N/A__

       (2) Nature of proceeding _____

       (3) Grounds raised __N/A__

__N/A__

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☐

       (5) Result __N/A__

       (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

       (1) Name of court __N/A__

       (2) Nature of proceeding _____

       (3) Grounds raised __N/A__

(3)

AO 243
REV 6/82

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☐

    (5) Result _____ N/A _____

    (6) Date of result _____

(c) As to any third petition, application or motion, give the same information:

    (1) Name of court _____

    (2) Nature of proceeding _____ N/A _____

    (3) Grounds raised _____

                              N/A

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☐
    (5) Result _____ N/A _____
    (6) Date of Result _____

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☐ No ☐
    (2) Second petition, etc.  Yes ☐ No ☐    N/A
    (3) Third petition, etc.   Yes ☐ No ☐

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

                              N/A

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.
CAUTION If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.
    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.
    (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
    (b) Conviction obtained by use of coerced confession.

AO 243
REV 6/82

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: __The Petitioner Was Deprived His Sixth Amendment Right To Effective Assistance of Counsel__

Supporting FACTS (tell your story *briefly* without citing cases or law:
A) Failure to Investigate; B) Failure to Object to Inadmissable Evidence

**See Attached Memorandum of Law and Facts**

B. Ground two: __Sentence Imposed in Violation of The United States Constitution__

Supporting FACTS (tell your story *briefly* without citing cases or law):
**See Attached Memorandum of Law and Facts**

C. Ground three: __Newly Discovered Evidence Establishes That The Petitioner Was Denied His Fifth Amendment Right To Due Process__

Supporting FACTS (tell your story *briefly* without citing cases or law):

**See Attached Memorandum of Law and Facts**

(5)

AO 243
REV 6/82

D  Ground four

N/A

Supporting FACTS (tell your story *briefly* without citing cases or law):

N/A

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

Ineffective assistance of counsel claims are to be raised on appeal; appellate counsel ineffective for not raising sentencing issues; New evidence established due process violations.

14  Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐  No ☒

15  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:   Joseph Beshouri and Lexi Negin-Christ  419 7th Street N.W.

(a) At preliminary hearing
Washington, D.C. 20004

(b) At arraignment and plea   Same

(c) At trial   Same

(d) At sentencing   Same

(6)

AO 243
REV 6/82

(e) On appeal  Paul Rosenzweig 214 Massachusetts Avenue., N.E. Washington D.C. 20002;  /

Edward Sussman 601 Pennsylvania Ave., N.W. South Building, Washington D.C. 20004 (Certiorari)

(f) In any post-conviction proceeding
N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding
N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes XX No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No XX

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

N/A

(b) Give date and length of the above sentence: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No XX

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

N/A
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

February 18, 2008
(date)

*Samuel Carson*
Signature of Movant

(7)