Copies to: Judge
AUSA – Special Proceedings
Dft.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY – 7 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA,
    PLAINTIFF, RESPONDENT,

V.

JEROME MARTIN,
    DEFENDANT/PETITIONER.

_____/

Case No. 98-329(~~TPJ~~) TFH

## MOTION TO STAY THE 28 U.S.C. 2255 MOTION

COME NOW, Jerome Martin, the defendant, acting in pro-se and respectfully moves this Honorable Court to stay his motion under 28 U.S.C. 2255 which was timely filed on February 18, 2008

In support of his motion the defendant shows this Court as follows:

(1)

In July and August 2001, Martin was convicted in a jury trial of narcotics conspiracy, RICO conspiracy, first degree murder, and other offenses.

(2)

In the Jury trial Martin was represented by Joanne Hepworth, ESQ.

(3)

On direct appeal of this criminal conviction, Martin was represented by Reita Pendry, ESQ., in which was subsequently DENIED in February of 2007.

**RECEIVED**

MAY – 7 2008

Clerk, U.S. District and
Bankruptcy Courts

page 1 of 5

(4)

Following his denial of his first appeal counsel Reita Pendry was retained[again] by Martin's family to handle this motion under 28 U.S.C. 2255, which she personally prepared.

(5)

On or about February 7, 2008 Martin received his copy of the §2255 motion which was personally filed by Joanne Hepworth and Reita Pendry in this Court sometime during this period.

(6)

That upon Martin's personal observation he discovered that counselor Pendry or Hepworth had [FORGED] his signature on all the §2255 documents, as though he had actually filed his §2255 in pro-se. Martin never consented to/or authorized this forgery.

(7)

That on or about March of 2008 Martin received a copy of [sealed] documents to United States of America v. Arthur Rice, criminal case No. 96-249(PLF), as filed in this Court which show clearly and irrefutably that counsel Reita Pendry represented Arthur Rice in a criminal matter around March of 1998, and [prior] to her representation Martin on his direct appeal and §2255 motions. See; the attached Exhibits, (A) and (B).

(8)

That counsel Pendry diligently represented Arthur Rice, a [key] government witness in Martin's criminal trial, and [never] notified Martin of this "conflict of interest", to present date.

(9)

That upon receipt of Exhibits (A) and (B), Martin has consistently sought to inquire of counsel Pendry as to this [*1] "conflict of interest", and has made several serious attempts to retain [new] counsel of record, in the effort to supplement and/or amend his §2255 Motion with additional issues including "conflict of interest on direct appeal" and / or "Ineffective Assistance of Counsel on direct appeal."

(10)

That Martin's family shall effectively retain counsel to replace counsel Pendry and amend his §2255 within the next two or three weeks, with due diligence.

Wherefore; the defendant Jerome Martin prays this Honorable Court stay this § 2255 motion for a thirty (30) day period, or in the alternative allow the defendant opportunity to amend or supplement [*2] his §2255 with issues relative to the stated "conflict of interest" after the government's response. [*3]

---

*1 Please note; counselor Reita Pendry and Joanne Hepworth, Martin's direct appeal and trial attorney(s), respectively, have currently opened a [joint] private practice.

*2 See; Rule 15 , Federal Rules of Civil Procedure.

*3 See; United States v. Stitt, 441 F.3d 297 (4th Cir. 2006).

Respectfully submitted,

by: *Jerome Martin*
Jerome Martin # 18894-083
USP-Hazelton
Bruceton Mills, WV. 26525

## CERTIFICATION

I, Jerome Martin, the undersigned, and defendant pro-se in this motion to Stay depose and state under the penalty of perjury that this motion is true and correct. 28 U.S.C. §1746.

EXECUTE ON: 3-15-08

by *Jerome Martin*
Jerome Martin

page 4 of 5

## CERTIFICATE OF SERVICE

I, Jerome Martin, and the undersigned depose and state under the penalty of perjury that I have provided all parties to this cause of action with a true and exact copy of this MOTION TO STAY THE 28 U.S.C. § 2255 MOTION by enclosing their respective copy into a postage pre-paid envelope, sealed therein, and addressed to:

Jeffrey Taylor, US Attorney  
555 4th Street, N.W.  
Washington, D.C. 20001

Reita Pendry  
Attorney at Law  
PO Box 5432  
Charlotte, N.C. 28299

Joanne Hepworth  
601 Penn. Ave, Ste 900  
South Building  
Washington, D.C. 20004

; and hand-delivered to the prison mail-room authorities at the USP Hazelton, P.O. Box 2000, Bruceton Mills, WV 26525, for deposit into the U.S. Postal Service.

Executed this, _____ day of, _____, 2008.

By: _____  
Jerome Martin.

page 5 of 5