UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  98-cr-329 (TFH) |
| | : | |
| v. | : | |
| | : | |
| JEROME MARTIN | : | |
| Defendant. | : | |

RESPONSE TO DEFENDANT'S MOTION TO  STAY  28 U.S.C. § 2255 MOTION

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the government does not oppose defendant's motion to stay his  28 U.S.C. § 2255 motion.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

/s/ John P. Mannarino
John P. Mannarino
Chief, Special Proceedings Division
Bar No. 444-384

/s/ Carolyn K. Kolben
Carolyn K. Kolben
ASSISTANT UNITED STATES ATTORNEY
Bar No. 391-156
555 4th Street, N.W., Room 10-441
Washington, DC 20530
(202) 616-0852

CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Response to Petitioner's Motion to Stay 28 U.S.C. § 2255 Motion was mailed this 12th day of  Novermber,  2008, to Jerome  Martin, Fed. Reg. No. 18894-083, USP Hazelton, P.O.Box 2000,  Bruceton Mills, West Virginia 26525.

/s/ Carolyn K. Kolben
Carolyn K. Kolben
ASSISTANT UNITED STATES ATTORNEY