UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | CR. NO. 98-329-03 (RCL) |
| ) | |
| SAMUEL CARSON. ) | |

FILED
MAY 1 3 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

The Court has before it the request of the defendant that the Court appoint counsel for him pursuant to the provisions of the Criminal Justice Act. The Court notes that the Defendant has advanced good cause for his request. It is therefore, this 13th day of May 2009,

**ORDERED,** that the motion be, and hereby is, granted.

**FURTHER ORDERED,** that the Federal Defender Service select counsel for appointment in this matter.

/s/
Royce C. Lamberth
Chief Judge, United States District Court for
the District of Columbia