UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**UNITED STATES OF AMERICA**        )
                                    )
                                    )
**v.**                              )   Criminal No. 98-329-02 (RCL)
                                    )
**JEROME MARTIN, JR.,**             )
            **Defendant.**          )
_____)

### ORDER

Before the Court is defendant's Motion [1028] to Stay 28 U.S.C. § 2255 Motion. Upon consideration of the motion, the government's response [1036] thereto, and the entire record herein, it is hereby

ORDERED that the defendant's motion [1028] is DENIED; and it is furthermore

ORDERED that defendant may file any supplements to his § 2255 Motion by no later than November 30, 2011, and that the United States shall file its Response to defendant's § 2255 Motion and supplements thereto no later than February 28, 2012.

**SO ORDERED**.

Signed by Royce C. Lamberth, Chief Judge, on April 20, 2011.