**FILED**
NOV 25 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Cr. 98-329

RECEIVED
NOV 19
CHAMBERS OF
JUDGE LAMBERTH

Let this be filed.
Cys to Counsel
Royce C. Lamberth U.S.D.J.  11/25/14

Judge Lamberth

My name is Jerome Martin my case number is 98-00329 and I am writing you because I am concerned that my lawyer Mr. Lawlor is not ready to file my brief on my behalf. I know Mr. Lawlor is supposed to contact the court for an extention and don't know if it would be granted or not, but take into consideration that we haven't talk to see which direction is best to take for the case. He is supposed to see me next month sometime to go over what is best for me, so I would ask the court to grant an 90 days extention to get everything in order to file the brief that is best for me. I know it's close to the due date of the brief but just not on the same page and need the extra time to get things right. It will be a long overdue visit between me and Mr. Lawlor because it should have happen a long time ago to get on the same page. As you know me and my co-defendants are not allowed around each other or to communicate with each other, so I have to go through my family to find out what's going on with there brief their lawyers are filing. All my co-defendants seems to have filed their briefs and was in constant contact with their lawyers throughout the process, so it seems everyone is waiting on my brief to move this case along and I'm sorry for that, but need the extra 90 days to get on the same page with Mr. Lawlor. I just have no way of knowing what Mr. Lawyer is thinking about the case because he has not given me any insight on the case period.

Jerome Martin

*Jerome M*