## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| **v.** | * | **Criminal No.: 98-CR-329 (TFH)** |
| | * | |
| **JEROME MARTIN** | * | |

## STATUS UPDATE

Comes now undersigned counsel and files the instant status report.

1.     Since our last in Court status I have met with Mr. Martin at his BOP facility

and ordered and sent to him the transcript of the last status conference.

2.     Mr. Martin made certain requests of me related to our Motion to Vacate.

Based on those requests, I will be in a position to file the Supplement to the

Motion no later than October 31, 2018.

October 4, 2018                             Respectfully,

*Michael Lawlor*

_____

Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
Bar Number 5883
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that on this day, October 4, 2018, a copy of the foregoing was delivered via electronic case filing to registers users for this case at the Office of the United States Attorney, Special Proceedings Section, 555 4th Street, NW, Washington, DC 20530.

*Michael Lawlor*

_____

Michael E. Lawlor