IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Criminal. No. 98-CR-00329-4 (RCL) |
| WILLIAM KYLE SWEENEY, : | |
| Defendant. : | |

**SUPPLEMENT TO DEFENDANT SWEENEY'S AMENDED SUPPLEMENTAL MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 USC §2255 AND INCORPORATED MEMORANDUM OF FACTS AND LAW**

Petitioner William Sweeney, a prisoner in federal custody, by his attorneys Eric H. Kirchman and Shana Madigan, supplements his previously file Amended Supplemental Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 USC §2255 and Incorporated Memorandum of Facts and Law and states as follows:

**SWEENEY'S SENTENCE OF LIFE IMPRISONMENT ON COUNT ONE, IS CRUEL AND UNUSUAL PUNISHMENT AND VIOLATES THE 8TH AMENDMENT TO THE U.S. CONSTITUTION.**

In Count One Sweeney was convicted of conspiracy to distribute and possess with intent to distribute a controlled dangerous substance from on or about sometime in at least 1988, and continuing thereafter up to and including March 1999. The jury further found that the amount of drugs was 1,000 kilograms or more of marijuana. As a result of this conviction Sweeney was sentenced to life in prison.

As the Sentencing Reform Act of 1984 abolished parole for persons convicted after November 1, 1987, Sweeny's sentence of life in prison is the equivalent to a sentence of life without parole.

Sweeney was born during 1976 and would, therefore, not have attained the age of 18 years until 1994.

The jury convicted Sweeney of being involved in a drug distribution conspiracy, which is alleged to have begun in 1988, when Sweeney would have been at most 12 years old.

For at least six years of the alleged 11 years of the conspiracy Sweeny would have been a juvenile.

That the jury made no findings as to when, any of the alleged 1,000 kilograms or more of marijuana for which Sweeny was found to be responsible for passed through the conspiracy, it only found an aggregate amount.

All, or most of the marijuana, for which Sweeny was found to be responsible, could have passed through the conspiracy while Sweeney was a minor.

Sweeny was convicted for conduct which is alleged to have begun when he was 12 years old and given a life sentence.

> This Court now holds that for a juvenile offender who did not commit homicide the Eighth Amendment forbids the sentence of life without parole. This clear line is necessary to prevent the possibility that life without parole sentences will be imposed on juvenile nonhomicide offenders who are not sufficiently culpable to merit that punishment. Because "[t]he age of 18 is the point where society draws the line for many purposes between childhood and adulthood," those who were below that age when the offense was committed may not be sentenced to life without parole for a nonhomicide crime. *Roper,* 543 U.S., at 574, 125 S.Ct. 1183. *Graham v. Florida*, 560 U.S. 48, 75-76 (2010)

*Miller v. Alabama*, 567 U.S. 460 (2012) would expand this prohibition to include homicide as well.

Sweeny was sentenced to life in prison for a nonhomicide offense that is alleged to have occurred, at least in part, when he was a minor.

It is, therefore, cruel and unusual punishment and a violation of the 8th Amendment to the U.S. Constitution to have sentenced Sweeney to life for conducted that he is alleged to have committed as a juvenile.

The life sentence as to Count One should be vacated.

**DEFENDANT SWEENEY HEREBY ADOPTS HEREIN ALL ARGUMENTS RAISED IN CODEFENDANT'S MARTIN SUPPLEMENT TO MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 USC §2255 BY A PERSON IN FEDERAL CUSTODY.**

_____/s/_____
Eric Kirchman
D.C. Fed. Bar No. MD09002
Attorney for William K. Sweeney
15 West Montgomery Avenue, Suite 205
Rockville, Maryland 20850
(301) 762-2909
Kirchlaw@cs.com

## CERTIFICATE OF SERVICE

I hereby certify, on this 31st day of October 2018, that a copy of the foregoing served by the court's efiling system on all counsel of records, and to:

**Pamala Satterfield, Esquire**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530-0001

_____/s/_____
Eric Kirchman